IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KEVIN BRADEN, | ) | |
|---|---|---|
| | ) | NO. 1:09-0052 |
| Plaintiff, | ) | JUDGE HAYNES |
| | ) | |
| | ) | |
| CORRECTIONS CORPORATION OF | ) | |
| AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants Lindamood's and Edwards's motion for summary judgment (Docket Entry No. 88) is **GRANTED**, and Plaintiff's claims against Cherry Lindamood and Lisa Edwards are **DISMISSED** with prejudice. Plaintiff's claims against the Defendant Jack Anderson are **DISMISSED** with prejudice.

This is the Final Order in this action. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

**ENTERED** this the ____ day of February, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge